IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

KENNETH HENDERSON,         )
                                           )
     Plaintiff,             )
                                           )
     v.                   )   CASE NO. 2:26-cv-249-ECM
                                         )
SGT. BIMBO, *et al.*,        )
                                         )
     Defendants.         )

**O R D E R**

On April 20, 2026, Magistrate Judge entered a Recommendation (doc. 6) to which no timely objections have been filed.  Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1.    The Recommendation of the Magistrate Judge (doc. 6) is ADOPTED;

2.    Defendant Montgomery City Jail is DISMISSED with prejudice as a Defendant;

3.    This case is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 14th day of July, 2026.

                    /s/ Emily C. Marks
                EMILY C. MARKS
                UNITED STATES DISTRICT JUDGE